**MAGISTRATE JUDGE YORK COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS by VIDEO CONFERENCE**

U.S.A. v. Trenton Witherspoon, No. 3:25-cr-236

ATTORNEY FOR GOVERNMENT: Zach Hinkle

ATTORNEY FOR DEFENDANT: David Baker ☒ AFPD ☐ Panel ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: Johnny Franklin

INTERPRETER NEEDED? ☐ YES ☒ NO    LANGUAGE: _____
INTERPRETER: _____    ☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☒ **Defendant consents to appear before the Magistrate Judge by video**

☒ **INITIAL APPEARANCE**    ☐ ON A SUMMONS    ☒ ARRESTED ON: January 13, 2026
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
   ☒ Defendant advised of the charges & maximum penalties    ☒ Defendant provided the financial affidavit
   ☒ Defendant advised right of counsel    ☐ Counsel retained    ☒ FPD appointed
   ☒ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
   ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
   ☒ Government filed motion for detention    ☐ Defendant waived detention hearing
   ☒ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
       ☐ Standard ☐ Special ☐ Appearance Bond: _____    ☐ Property Bond
   ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
   ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☒ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** January 20, 2026 at 1:00 p.m. before Judge Frensley
   ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
   ☒ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
   ☒ Defendant waived reading thereof    ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY  ☒ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** January 13, 2026    **TOTAL TIME:** 7 minutes
**BEGIN TIME:** 10:05 a.m.    **END TIME:** 10:12 a.m.
☒ Digitally Recorded  ☐ Court Reporter: _____    2 minutes AR
                                                        5 minutes IA

Revised on 8/14/25    Page 1 of 1